```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

WARRICK MAYE,
    Plaintiff,
                :
vs.                     CIVIL ACTION 11-0666-WS-M
                :
CONECUH COUNTY BOARD OF
EDUCATION,         :
    Defendant.

<u>ORDER</u>

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that Defendant's Motion to Dismiss ... (Doc. 35) be granted and this action be dismissed with prejudice.

DONE this 15th day of October, 2012.

<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE