```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

WARRICK MAYE,
:
   Plaintiff,
:
vs.     CIVIL ACTION 11-0666-WS-M
:
CONECUH COUNTY BOARD OF
EDUCATION,     :

   Defendant.

<u>JUDGMENT</u>

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of the Defendant and that this action be dismissed with prejudice.

DONE this 15th day of October, 2012.

<u>s/WILLIAM H. STEELE</u>
CHIEF UNITED STATES DISTRICT JUDGE