```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

WARRICK MAYE,
:
   Plaintiff,
:
vs.     CIVIL ACTION 11-0666-WS-M
:
CONECUH COUNTY BOARD OF
EDUCATION,     :

   Defendant.

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of the Defendant and that this action be dismissed with prejudice.

DONE this 15th day of October, 2012.

   s/WILLIAM H. STEELE
   CHIEF UNITED STATES DISTRICT JUDGE